No. 85-6449. MAYFIELD v. NATIONAL BROADCASTING CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 85-6450. RUTLEDGE v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 85-6452. TODD v. REES, SUPERINTENDENT, DEUEL VOCATIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 85-6453. SAWDEY v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 85-6455. FARQUHAR v. FOOD AND DRUG ADMINISTRA-TION. C. A. D. C. Cir. Certiorari denied.

No. 85-6459. OSTROM v. HOUSEWRIGHT, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85-6463. GUICHARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85-6466. CAMPBELL v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 85-6469. DRAPER v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 85-6473. GARIVAY v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85-6477. WHITE v. MOORE, CHAIRMAN AND COMPACT ADMINISTRATOR, MISSOURI BOARD OF PROBATION AND PAROLE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 85-6479. DORSEY v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 85-6490. TIPTON v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.